UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

MARY BURGHOY,

    Plaintiff,

v.

LOUIS DEJOY, UNITED STATES
POSTMASTER GENERAL,

    Defendant.
_____/

**COMPLAINT**
**(Plaintiff demands a trial by jury)**

    The Plaintiff, Mary Burgohy, sues Defendant Louis DeJoy in his official capacity as United States Postmaster General ("Defendant") for damages in excess of $75,000.00, and alleges:

**Nature of the Case**

1. This is an action for damages in excess of $75,000.00.

2. Plaintiff brings this action to remedy Defendant's discrimination against her, based on her color, in violation of Title VII of the Civil Rights Act of 1964, as amended.

3. Plaintiff seeks compensatory and other damages, equitable relief, litigation expenses and a reasonable attorney's fee.

**JURISDICTION AND VENUE**

4. This Court's jurisdiction is invoked pursuant to 28 U.S.C. Section 1331, 28 U.S.C. Section 1343 and 42 U.S. C. Section 2000e, et seq. (Title VII).

1

5. Plaintiff has complied with all jurisdictional prerequisites for a federal sector Title VII case. On June 28, 2019, Plaintiff timely filed Defendant/Agency EEO Case No. 4G 330-0212-19, which was deemed received by the Defendant/Agency on July 1, 2019.

6. On November 1, 2019, the Defendant/Agency issued to Plaintiff notification that it had completed its investigation of Plaintiff's Complaint and advised her of that she had the right to request either a final agency decision on the merits or, in the alternative, a hearing before an Administrative Judge of the United States Equal Employment Opportunity Commission (EEOC).

7. On November 22, 2019, Plaintiff submitted her Request for Hearing to the Defendant/Agency. The Request for Hearing was transmitted to and received by the EEOC on November 29, 2019.

8. More than 180 days have elapsed since the filing of Plaintiff's formal complaint. No appeal has been filed and there has been no final action on the complaint.

9. Plaintiff brings this action pursuant to 29 C.F.R. § 1614.407, which gives her the right to file a civil action in an appropriate district court "[a]fter 180 days from the date of filing an individual or class complaint if no appeal has been filed and no final action on an individual complaint or no final decision on a class complaint has been issued."

10. As the unlawful employment practices complained of herein occurred in Miami-Dade County, Florida, where Plaintiff was employed, venue is proper in this district.

## Parties

11. At all times material hereto, Plaintiff was an employee of Defendant.

12. Defendant, Louis DeJoy, in his official capacity as United States Postmaster General, is an employer, within the meaning of Title VII. The management and supervisory

employees whose conduct effected Plaintiff in a term, condition or benefit of her employment were, at all times material, agents of Defendant, acting within the scope and course of their agency to affect their treatment of Plaintiff.  Defendant knew, or should have known, of the conduct of its management and supervisory employees toward Plaintiff, approved of that behavior, acquiesced in it and/or ratified it.

## GENERAL ALLEGATIONS

13.  Plaintiff's employment with Defendant commenced in or about 1983.

14.  From approximately 1994 to 2019, Plaintiff worked as a distribution clerk at the postal facility that is located at 18690 NW 37th Avenue in Miami-Gardens, Florida.

15.  Plaintiff is a black woman whose skin color is fair or light.

16.  At all times material hereto, Plaintiff's immediate supervisor was Gail Davis.  Gail Davis is a black woman whose skin color is dark brown.  Gail Davis harbored extreme negative animus toward Plaintiff because of the latter's light skin color that contrasted with Davis' own dark skin color.

17.  On almost a daily basis, and over a period of approximately two years, up to and including March 15, 2019, Gail Davis subjected Plaintiff to a hostile work environment because of Plaintiff's light skin color.  Specifically, Davis repeatedly and maliciously taunted Plaintiff by calling her "white girl."  On March 15, 2019, Davis' color-based animus toward Plaintiff culminated in her unprovoked physical attack on Plaintiff, followed by her spontaneous utterance that she would "beat [Plaintiff's] red ass."  In characterizing Plaintiff's skin color as "red," Davis was employing a colloquialism used in some black communities to refer to light skinned black persons.

18.  Plaintiff had complained about Davis' color-based harassment to Davis' superior, Postmaster Elouise Robinson-Holiday.  However, Robinson-Holiday minimized Plaintiff's complaints, reasoned that she, Robinson-Holiday, was almost as light as Plaintiff, and took no remedial or corrective action.  Hence, Davis' color-based harassment and taunting of Plaintiff continued—uncontrolled and unabated—and culminated in her March 15, 2019 physical attack and beating of Plaintiff and threat that she would "beat [Plaintiff's] red ass."

19.  But for the Plaintiff's color and the Defendant's failure to take remedial action, the aforedescribed conduct of Davis, including her March 15, 2019 physical attack and beating of Plaintiff, would not have occurred.

## COUNT I
## TITLE II VIOLATION
## HOSTILE WORKING ENVIRONMENT BASED ON COLOR

20.  Plaintiff adopts and realleges paragraphs 1 through 19, as hereinabove set forth, and further avers.

21.  The conduct complained of herein was intentional, unwelcome, engaged in because of Plaintiff's color, and sufficiently pervasive or severe to create a discriminatorily abusive working environment.

22.  As a direct, natural, proximate and foreseeable result of the foregoing, Plaintiff has suffered and continues to suffer mental anguish, pain and suffering, humiliation, loss of enjoyment of life and inconvenience.

## Prayer for Relief

Plaintiff respectfully requests that this Court grant her the following relief:

a. Find that the acts complained of herein were in violation Plaintiff's rights under Title VII.

b. Award Plaintiff compensatory damages in the amount of $300,000.00.

c. Award Plaintiff prejudgment interest;

d. Award Plaintiff the costs of this action, including attorney's fees; and

e. Grant Plaintiff such further relief as this Court deems necessary and proper.

## Demand for Trial by Jury

Plaintiff requests a trial by jury on all issues so triable.

Respectfully submitted this 2nd day of March 2021:

*/s/   Leslie Holland*
Leslie Holland (Fl. Bar No. 510688)
Email address:  *lesliehollandlaw@att.net*
LAW OFFICE OF LESLIE HOLLAND
17071 West Dixie Highway
North Miami Beach, Florida 33160
Tel:  305-684-8252; 305-297-8529
Fax:  305-895-5111
Lawyer for plaintiff, Mary Burgohy